UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY JOSEPH MILLER,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF STATE OF CALIF,<br><br>Respondent. | Case No. 2:24-cv-10572-RGK-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the Order to Show Cause issued by the assigned magistrate judge (Dkt. 5), and the Report and Recommendation issued by the magistrate judge (Dkt. 9, "Report"). Petitioner did not file a timely objection to the Report. The Court accordingly accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED that Judgment shall be entered dismissing this action without prejudice.

Dated: 3/27/2025

_____
R. GARY KLAUSNER
United States District Judge