JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY JOSEPH MILLER,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF STATE OF CALIF,<br><br>Respondent. | Case No. 2:24-cv-10572-RGK-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed without prejudice.

Dated: 3/27/2025

_____
R. GARY KLAUSNER
United States District Judge